18930. UNITED STATES CASUALTY COMPANY *v.* JAMES *et al.*

WYATT, Presiding Justice. This case arises out of the same accident as the case of *United States Casualty Co.* v. *Watkins,* ante. The facts in the instant case, except for the parties, are identical with those in the above named case. This case is, therefore, controlled by the rulings made in *United States Casualty Company* v. *Watkins,* supra.

*Judgment affirmed. All the Justices concur, except Duckworth, C. J., and Candler, J., who dissent. Hawkins, J., concurs in the judgment only.*

ARGUED APRIL 12, 1955—DECIDED JUNE 13, 1955.

*Samuel A. Miller, Nall, Sterne, Miller, Cadenhead & Dennis,* for plaintiff in error.

*Alex McLennan, Bryan, Carter, Ansley & Smith, W. Colquitt Carter,* contra.